UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 1 7 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Louis A. Banks, )
)
Plaintiff, )
)
v. ) Civil Action No. 18-1916 (UNA)
)
)
Muriel Bowser *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has submitted an application to proceed *in forma pauperis* and a "Complaint and Request for Injunction" against District of Columbia Mayor Muriel Bowser and three members of the District of Columbia Council. Plaintiff seeks to hold the defendants in contempt of court for allegedly failing to appear in a case after allegedly being served with process. *See* Compl. ¶ III. A. Plaintiff has not identified the court that issued process and provided proof of service. However, the underlying facts, *see* Compl. ¶ III. C., stem from an action that was previously adjudicated in the Superior Court of the District of Columbia. *See Banks v. McDuffie*, No. 18-425 (UNA) (D.D.C. filed Aug. 20, 2018) (finding claims barred by *res judicata*, citing *Banks v. Inspired Teaching Sch.*, 243 F. Supp. 3d 1, 2 (D.D.C. 2017), *aff'd*, No. 17-7048, 2017 WL 4220006 (D.C. Cir. Aug. 1, 2017) (per curiam)). Plaintiff does not have any other action pending in this Court, and jurisdiction is lacking over process issued by another court. Therefore, this case will be dismissed pursuant to Fed. R. Civ. P. 12(h)(3). A separate order accompanies this Memorandum Opinion.

CHRISTOPHER R. COOPER
United States District Judge

Date: September 13, 2018

United States District Judge

